1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28



# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

TAMMI GLADYS CAMACHO,

Defendant.

Case No.  CR16-2190M

ORDER OF DETENTION

### I.

The Court conducted a detention hearing on November 2, 2016:

☐ On motion of the Government [18 U.S.C. § 3142(f)(1)] in a case allegedly involving a narcotics or controlled substance offense with maximum sentence of ten or more years.

☒ On motion by the Government or on the Court's own motion [18 U.S.C. § 3142(f)(2)] in a case allegedly involving a serious risk that the defendant will flee.

The Court concludes that the Government is not entitled to a rebuttable presumption that no condition or combination of conditions will reasonably assure

1   the defendant's appearance as required and the safety or any person or the

2   community [18 U.S.C. § 3142(e)(2)].

3                                                    II.

4          The Court finds that no condition or combination of conditions will

5   reasonably assure:  ☒ the appearance of the defendant as required.

6                                      ☒ the safety of any person or the community.

7                                                    III.

8          The Court has considered: (a) the nature and circumstances of the offense(s)

9   charged, including whether the offense is a crime of violence, a Federal crime of

10  terrorism, or involves a minor victim or a controlled substance, firearm, explosive,

11  or destructive device; (b) the weight of evidence against the defendant; (c) the

12  history and characteristics of the defendant; and (d) the nature and seriousness of

13  the danger to any person or the community.  [18 U.S.C. § 3142(g)]  The Court also

14  considered the report and recommendation of the U.S. Pretrial Services Agency.

15                                                   IV.

16         The Court bases its conclusions on the following:

17         As to risk of non-appearance:

18         ☒       Lack of bail resources

19         ☒       Lack of community ties

20         ☒       Admission re previous conviction for bank fraud

21

22         As to danger to the community:

23         ☒       Allegations in present charging document

24

25                                                   V.

26         IT IS THEREFORE ORDERED that the defendant be detained until trial.

27  The defendant will be committed to the custody of the Attorney General for

28  confinement in a corrections facility separate, to the extent practicable, from

persons awaiting or serving sentences or being held in custody pending appeal. The defendant will be afforded reasonable opportunity for private consultation with counsel.  On order of a Court of the United States or on request of any attorney for the Government, the person in charge of the corrections facility in which defendant is confined will deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding. [18 U.S.C. § 3142(i)]

Dated: November 2, 2016                    _____/s/_____
                                                       ALKA SAGAR
                                            UNITED STATES MAGISTRATE JUDGE